1  **JS 6**

2
3
4
5
6
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ROBERT HOLBROCK, TRUSTEE ) Case No.: CV 14-6795 DSF (ASx)
   OF THE MEDICAL CARE )
12 IRREVOCABLE TRUST, )
                                )
13         Plaintiff, )
                                ) JUDGMENT
14     v.                       )
                                )
15 DAVID PASTERNAK; )
   PASTERNAK AND PASTERNAK, )
16 fka PASTERNAK, PASTERNAK )
   AND PATTON; JOHN PATTON; )
17 KATHERINE HOPKINS; IRA )
   FRIEDMAN; FRIEDMAN AND )
18 FRIEDMAN; JUDGE MICHELLE )
   WILLIAMS COURT; CALIFORNIA )
19 SUPERIOR COURT, COUNTY OF )
   LOS, ANGELES CENTRAL )
20 DISTRICT; and DOES 1-5 in their )
   individual and official capacities, )
21                               )
           Defendants. )
22 _____ )

23

24     The Court having granted defendants' motions to dismiss plaintiff's First

25 Amended Complaint,

26     IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the

27 action be dismissed with prejudice, and that defendants recover their just costs

28

pursuant to 28 U.S.C. § 1919, or their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, as appropriate.

Dated: 2/5/15

Dale S. Fischer
United States District Judge